IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02391-WYD-MJW

TRAVIS SANSOM,

      Plaintiff,

v.

KEVIN MILYARD, in his Individual Capacity as Warden;
BEVERLY DOWIS, R.N., in her Individual Capacity as HSA;
DEBRA HEDSTROM, R.N., in her Individual Capacity;
JENNIFER AGUIRRE, R.N., in her Individual Capacity;
GATBEL CHAMJOCK, P.A., in his Individual Capacity;
JOHNNY CRUSSEL, in his Individual Capacity as Case Manager;
C.O. TROY HODGES, in his Individual Capacity;
C.O. BRADLEY BLAKE, in his Individual Capacity;
C.O. KEVIN MICHAELS, in his Individual Capacity;
SERGEANT VIRGIL NICHOLS, in her Individual Capacity;
LIEUTENANT EDWARD LAWSON, in his Individual Capacity;
C.O. JOY TAYLOR (PERRY), in hER Individual Capacity;
SERGEANT STEPHEN LADD, in his Individual Capacity;
LIEUTENANT RONALD GILES, in his Individual Capacity;
CO KATHLEEN RHOADES, in her Individual Capacity;
LIEUTENANT ROD GLISSMAN, in his Individual Capacity;
SERGEANT JIM MORGAN, in his Individual Capacity;
LIEUTENANT LANCE TIDEMANN, in his Individual Capacity; and
C.O. ROBERT FERGUSON, in his Individual Capacity,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the plaintiff's Unopposed Motion to Amend the Complaint (Docket No. 11) is granted, and the tendered First Amended Complaint and Jury Demand (Docket No. 11-2) is accepted for filing as of the date of this Minute Order.

Date: November 2, 2010