IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02391-WYD-MJW

TRAVIS SANSOM,

    Plaintiff,

vs.

KEVIN MILYARD, in his Individual Capacity as Warden;
BEVERLY DOWIS, R.N., in her Individual Capacity as HSA;
DEBRA HEDSTROM, R.N., in her Individual Capacity;
JENNIFER AGUIRRE, R.N., in her Individual Capacity;
GATBEL CHAMJOCK, P.A., in his Individual Capacity;
JOHNNY CRUSSEL, in his Individual Capacity as Case Manager;
C.O. TROY HODGES, in his Individual Capacity;
C.O. BRADLEY BLAKE, in his Individual Capacity;
C.O. KEVIN MICHAELS, in his Individual Capacity;
SERGEANT VIRGIL NICHOLS, in her Individual Capacity;
LIEUTENANT EDWARD LAWSON, in his Individual Capacity;
C.O. JOY TAYLOR (PERRY), in her Individual Capacity;
SERGEANT STEPHEN LADD, in his Individual Capacity;
LIEUTENANT RONALD GILES, in his Individual Capacity;
CO KATHLEEN RHOADES, in her Individual Capacity;
LIEUTENANT ROD GLISSMAN, in his Individual Capacity;
SERGEANT JIM MORGAN, in his Individual Capacity;
LIEUTENANT LANCE TIDEMANN, in his Individual Capacity; and
C.O. ROBERT FERGUSON, in his Individual Capacity,

    Defendants.

## ORDER OF PARTIAL DISMISSAL

THE COURT, having reviewed the Stipulated Motion for Partial Dismissal (Docket No. 22), filed January 31, 2011, having reviewed the file, and being fully advised, it is hereby

ORDERED that the Stipulated Motion for Partial Dismissal (Docket No. 22) is **GRANTED** and Plaintiff's claim of negligence and Defendants' affirmative defenses numbered 5, 7, 11, and 12 are hereby dismissed, with prejudice, with each party to pay his or her own costs.

Dated: February 2, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge