IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02391-WYD-MJW

TRAVIS SANSOM,

    Plaintiff,

v.

KEVIN MILYARD, in his Individual Capacity as Warden;
BEVERLY DOWIS, R.N., in her Individual Capacity as HSA;
DEBRA HEDSTROM, R.N., in her Individual Capacity;
JENNIFER AGUIRRE, R.N., in her Individual Capacity;
GATBEL CHAMJOCK, P.A., in his Individual Capacity;
CASE MANAGER CRUSSEL, in his Individual Capacity;
OFFICER HODGES, in his Individual Capacity;
OFFICER BLAKE, in his Individual Capacity;
OFFICER MICHAELS, in his Individual Capacity;
OFFICER NICHOLS, in her Individual Capacity;
OFFICER LAWSON, in his Individual Capacity;
OFFICER PERRY, in his Individual Capacity;
OFFICER LADD, in his Individual Capacity;
OFFICER GILES, in his Individual Capacity;
OFFICER RHOADES, in her Individual Capacity;
OFFICER GLISSMAN, in his Individual Capacity;
OFFICER MORGAN, in his Individual Capacity;
OFFICER TIDEMANN, in his Individual Capacity; and
OFFICER FERGUSON, in his Individual Capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Stipulated Motion for Entry of Protective Order (docket no. 24) is GRANTED finding good cause shown.  The written Protective Order (docket no. 24-1) is APPROVED as amended in paragraphs 7 and 8 and made an Order of Court.

Date:   April 22, 2011