IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02391-WYD-MJW

TRAVIS SANSOM,

    Plaintiff,

vs.

KEVIN MILYARD, in his Individual Capacity as Warden,
BEVERLY DOWIS, R.N., in her Individual Capacity as HSA,
DEBRA HEDSTROM, R.N., in her Individual Capacity,
JENNIFER AGUIRRE, R.N., in her Individual Capacity,
GATBEL CHAMJOCK, P.A., in his Individual Capacity,
JOHNNY CRUSSEL, in his Individual Capacity as Case Manager,
C.O. TROY HODGES, in his Individual Capacity,
C.O. BRADLEY BLAKE, in his Individual Capacity,
C.O. KEVIN MICHAELS, in his Individual Capacity,
SERGEANT VIRGIL NICHOLS, in her Individual Capacity,
LIEUTENANT EDWARD LAWSON, in his Individual Capacity,
C.O. JOY TAYLOR (PERRY), in her Individual Capacity,
SERGEANT STEPHEN LADD, in his Individual Capacity,
LIEUTENANT RONALD GILES, in his Individual Capacity,
CO KATHLEEN RHOADES, in her Individual Capacity,
LIEUTENANT ROD GLISSMAN, in his Individual Capacity,
SERGEANT JIM MORGAN, in his Individual Capacity,
LIEUTENANT LANCE TIDEMANN, in his Individual Capacity,
C.O. ROBERT FERGUSON, in his Individual Capacity,

    Defendants.

---

### ORDER GRANTING MOTION TO ALLOW DEPOSITIONS OF INMATES
*(Docket No. 49)*

This matter comes before the Court on the Plaintiff's Unopposed Motion To Allow Depositions of Inmates pursuant to Fed. R. Civ. P. 30(a)(2).. Having reviewed the Motion and being fully advised, the Court hereby Orders the Motion is GRANTED.

Dated this 13th day of July, 2011.

By the Court:

*[signature]*

The Honorable Michael J. Watanabe
United States District Court Magistrate Judge