## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02391-WYD-MJW

TRAVIS SANSOM,

      Plaintiff,

vs.

KEVIN MILYARD, in his Individual Capacity as Warden,
BEVERLY DOWIS, R.N., in her Individual Capacity as HSA,
DEBRA HEDSTROM, R.N., in her Individual Capacity,
JENNIFER AGUIRRE, R.N., in her Individual Capacity,
GATBEL CHAMJOCK, P.A., in his Individual Capacity,
JOHNNY CRUSSEL, in his Individual Capacity as Case Manager,
C.O. MICHAEL HEDGES, in his Individual Capacity,
C.O. BRADLEY BLAKE, in his Individual Capacity,
C.O. KEVIN MICHAELS, in his Individual Capacity,
SERGEANT VIRGIL NICHOLS, in her Individual Capacity,
LIEUTENANT EDWARD LAWSON, in his Individual Capacity,
C.O. JOY TAYLOR (PERRY), in her Individual Capacity,
SERGEANT STEPHEN LADD, in his Individual Capacity,
LIEUTENANT RONALD GILES, in his Individual Capacity,
CO KATHLEEN RHOADES, in her Individual Capacity,
LIEUTENANT ROD GLISSMAN, in his Individual Capacity,
SERGEANT JIM MORGAN, in his Individual Capacity,
LIEUTENANT LANCE TIDEMANN, in his Individual Capacity,
C.O. ROBERT FERGUSON, in his Individual Capacity,

      Defendants.

---

## ORDER GRANTING MOTION TO ALLOW DEPOSITIONS OF INMATES
[ Docket re 63 ]

    This matter comes before the Court on the Plaintiff's Second Unopposed Motion

To Allow Depositions of Inmates pursuant to Fed. R. Civ. P. 30(a)(2).. Having reviewed

the Motion and being fully advised, the Court hereby Orders the Motion is GRANTED.

Dated this 20ᵀᴴ day of October, 2011.

1 of 2

By the Court:

The Honorable Michael J. Watanabe
United States District Court Magistrate Judge

2 of 2

10 CV 02391 WYD mjw (DN.63)