IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02391-WYD-MJW

TRAVIS SANSOM,

    Plaintiff,

v.

KEVIN MILYARD, in his Individual Capacity as Warden;
BEVERLY DOWIS, R.N., in her Individual Capacity as HSA;
DEBRA HEDSTROM, R.N., in her Individual Capacity;
JENNIFER AGUIRRE, R.N., in her Individual Capacity;
GATBEL CHAMJOCK, P.A., in his Individual Capacity;
CASE MANAGER CRUSSEL, in his Individual Capacity;
OFFICER HODGES, in his Individual Capacity;
OFFICER BLAKE, in his Individual Capacity;
OFFICER MICHAELS, in his Individual Capacity;
OFFICER NICHOLS, in her Individual Capacity;
OFFICER LAWSON, in his Individual Capacity;
OFFICER PERRY, in his Individual Capacity;
OFFICER LADD, in his Individual Capacity;
OFFICER GILES, in his Individual Capacity;
OFFICER RHOADES, in her Individual Capacity;
OFFICER GLISSMAN, in his Individual Capacity;
OFFICER MORGAN, in his Individual Capacity;
OFFICER TIDEMANN, in his Individual Capacity; and
OFFICER FERGUSON, in his Individual Capacity,

    Defendants.

## ORDER OF DISMISSAL OF PARTIES

THIS MATTER comes before the Court on the Stipulation of Dismissal of Defendants Kathleen Rhoades, Michael Hedges, Kevin Michaels, Rod Glissman, Jim Morgan, Lance Tidemann, and Robert Ferguson (ECF No. 72).  After carefully reviewing the file in this matter, I find that the stipulation should be approved for good

cause shown. Accordingly, it is

ORDERED that the Stipulation of Dismissal of Defendants Kathleen Rhoades, Michael Hedges, Kevin Michaels, Rod Glissman, Jim Morgan, Lance Tidemann, and Robert Ferguson (ECF No. 72) is **APPROVED.** Defendants Kathleen Rhoades, Michael Hedges, Kevin Michaels, Rod Glissman, Jim Morgan, Lance Tidemann, and Robert Ferguson are dismissed from this proceeding. The Clerk of the Court shall amend the case caption to reflect this dismissal.

Dated: December 9, 2011

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
Chief United States District Judge