IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   10-cv-02391-WYD-MJW

TRAVIS SANSOM,

     Plaintiff,

v.

KEVIN MILYARD, in his Individual Capacity as Warden;
BEVERLY DOWIS, R.N., in her Individual Capacity as HSA;
DEBRA HEDSTROM, R.N., in her Individual Capacity;
JENNIFER AGUIRRE, R.N., in her Individual Capacity;
GATBEL CHAMJOCK, P.A., in his Individual Capacity;
CASE MANAGER CRUSSEL, in his Individual Capacity;
OFFICER HODGES, in his Individual Capacity;
OFFICER BLAKE, in his Individual Capacity;
OFFICER MICHAELS, in his Individual Capacity;
OFFICER NICHOLS, in her Individual Capacity;
OFFICER LAWSON, in his Individual Capacity;
OFFICER PERRY, in his Individual Capacity;
OFFICER LADD, in his Individual Capacity; and
OFFICER GILES, in his Individual Capacity;

     Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses (ECF No. 75) is **STRICKEN with leave to refile** for failure to comply with my Practice Standards, Section III.B.  All parties are directed to review and comply with all orders and directives set forth in my practice standards and this Court's local rules.

     Dated:   December 15, 2011.