IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02391-WYD-MJW

TRAVIS SANSOM,

    Plaintiff,

v.

KEVIN MILYARD, in his Individual Capacity as Warden;
BEVERLY DOWIS, R.N., in her Individual Capacity as HSA;
DEBRA HEDSTROM, R.N., in her Individual Capacity;
JENNIFER AGUIRRE, R.N., in her Individual Capacity;
GATBEL CHAMJOCK, P.A., in his Individual Capacity;
JOHNNY CRUSSEL, in his Individual Capacity as Case Manager;
C.O. TROY HODGES, in his Individual Capacity;
C.O. BRADLEY BLAKE, in his Individual Capacity;
C.O. KEVIN MICHAELS, in his Individual Capacity;
SERGEANT VIRGIL NICHOLS, in her Individual Capacity;
LIEUTENANT EDWARD LAWSON, in his Individual Capacity;
C.O. JOY TAYLOR (PERRY), in her Individual Capacity;
SERGEANT STEPHEN LADD, in his Individual Capacity;
LIEUTENANT RONALD GILES, in his Individual Capacity;
CO KATHLEEN RHOADES, in her Individual Capacity;
LIEUTENANT ROD GLISSMAN, in his Individual Capacity;
SERGEANT JIM MORGAN, in his Individual Capacity;
LIEUTENANT LANCE TIDEMANN, in his Individual Capacity; and
C.O. ROBERT FERGUSON, in his Individual Capacity,

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    Due to a conflict on the court's calendar, it is hereby ORDERED that the Final Pretrial Conference set on January 13, 2012, at 1:30 p.m., is VACATED and is RESCHEDULED for January 12, 2012, at 10:00 a.m.  Counsel are permitted to appear telephonically and shall initiate a joint conference call to the court on January 12, 2012, at 10:00 a.m., by calling (303) 844-2403.

Date:  January 9, 2012