IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    10-cv-02391-WYD-MJW

TRAVIS SANSOM,

    Plaintiff,

vs.

KEVIN MILYARD, in his Individual Capacity as Warden;
BEVERLY DOWIS, R.N., in her Individual Capacity as HSA;
DEBRA HEDSTROM, R.N., in her Individual Capacity;
JENNIFER AGUIRRE, R.N., in her Individual Capacity;
GATBEL CHAMJOCK, P.A., in his Individual Capacity;
JOHNNY CRUSSEL, in his Individual Capacity as Case Manager;
C.O. BRADLEY BLAKE, in his Individual Capacity;
SERGEANT VIRGIL NICHOLS, in [his] Individual Capacity;
LIEUTENANT EDWARD LAWSON, in his Individual Capacity;
C.O. JOY TAYLOR (PERRY), in her Individual Capacity;
SERGEANT STEPHEN LADD, in his Individual Capacity; and
LIEUTENANT RONALD GILES, in his Individual Capacity;

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendants' Unopposed Motion to Vacate and Reschedule Trial Date (ECF Doc. No. 94), filed February 16, 2012, is **GRANTED.** Counsel for Defendants are to arrange a conference call with counsel for Plaintiff and call chambers for the purpose of re-setting the trial date. The 12-day Jury Trial is set for Tuesday, September 4, 2012, at 9:00 a.m. is **VACATED.** The final trial preparation conference set for Thursday, August 16, 2012 at 9:00 a.m. is **VACATED.**

    Dated:   February 21, 2012.