**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

---

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   November 6, 2012 |
| E.C.R./Reporter:   Tammy Hoffschildt | |

---

Civil Action No: **10-cv-02391-WYD-MJW**        <u>Counsel:</u>

**TRAVIS SANSOM**,                              Cheryl L. Trine

        Plaintiff,

v.

**DEBRA HEDSTROM, R.N., et al.**,               Gordon Vaughn
                                                Ann B. Smith
        Defendants.

---

**COURTROOM MINUTES**

---

**TRIAL PREPARATION CONFERENCE**

**9:08 a.m.**    Court in Session

             APPEARANCES OF COUNSEL.

             Court's opening remarks.

9:09 a.m.       Discussion regarding jury instructions and exhibit lists.

**ORDERED:**    Revised jury instructions, with maximum stipulation, and joint statement of the case jury instruction shall be filed not later than **Monday, November 19, 2012.**

**ORDERED:**    Revised exhibit lists shall be filed not later than **Monday, November 19, 2012.**

9:19 a.m.       Court outlines procedures for jury selection and peremptory challenges.

**ORDERED:**    Each side will be allowed supplemental voir dire not to exceed **fifteen (15) to twenty (20) minutes.**

| | |
|---|---|
| 9:22 a.m. | Discussion regarding voir dire, procedure for jury selection, and time limits opening statements. |
| **ORDERED:** | Opening statements shall not exceed **thirty-five (35) minutes.** |
| 9:28 a.m. | Discussion regarding counsel conducting *Ex Parte* interviews of treating physicians. |//

9:28 a.m. context continued:

Plaintiff's Motion for Leave to Allow Testimony by Deposition of Prisoners Located Over 100 Miles from Place of Trial (ECF Doc. No. 114), filed October 31, 2012, is raised for argument.

| | |
|---|---|
| 9:39 a.m. | Argument by Defendants (Mr. Vaughn). |
| 9:42 a.m. | Argument by Plaintiff (Ms. Trine). |
| 9:43 a.m. | Argument by Defendants (Mr. Vaughn). |
| 9:46 a.m. | Argument by Plaintiff (Ms. Trine). |
| 9:52 a.m. | Argument by Defendants (Mr. Vaughn). |
| 9:58 a.m. | Argument by Plaintiff (Ms. Trine). |

**ORDERED:** Plaintiff's Motion for Leave to Allow Testimony by Deposition of Prisoners Located Over 100 Miles from Place of Trial (ECF Doc. No. 114), filed October 31, 2012, is **GRANTED.**

10:03 a.m. Discussion regarding witness William Erben appearing via video conference.

**ORDERED:** Court will allow Defendants' witness William Erben to testify via video conference. Counsel shall contact the Court's Information Technology Department in order to facilitate the video conference in advance of trial.

Plaintiff's Motions in Limine (ECF Doc. No. 101), filed October 10, 2012, is raised for argument.

| | |
|---|---|
| 10:09 a.m. | Argument by Plaintiff (Ms. Trine). |
| 10:13 a.m. | Argument by Defendants (Mr. Vaughn). |
| 10:15 a.m. | Argument by Plaintiff (Ms. Trine). |
| 10:22 a.m. | Argument by Defendants (Mr. Vaughn). |

| | |
|---|---|
| 10:23 a.m. | Argument by Plaintiff (Ms. Trine). |
| 10: a.m. | Argument by Defendants (Mr. Vaughn). |
| **ORDERED:** | Plaintiff's Motions in Limine (ECF Doc. No. 101), filed October 10, 2012, is **GRANTED IN PART, DENIED IN PART, and DEFERRED IN PART as outlined on the record.** |
| **ORDERED:** | Parties shall meet and confer in an attempt to resolve the motion and file any supplemental materials related to Plaintiff's Motion in Limine (ECF Doc. No. 101) not later than **Monday, November 19, 2012.** |
| | Defendants' Motion in Limine (ECF Doc. No. 106), filed October 15, 2012, is raised for argument. |
| 10:27 a.m. | Argument by Plaintiff (Ms. Trine). |
| 10:31 a.m. | Argument by Defendants (Mr. Vaughn). |
| 10:32 a.m. | Argument by Plaintiff (Ms. Trine). |
| 10:34 a.m. | Argument by Defendants (Mr. Vaughn). |
| **ORDERED:** | Defendants' Motion in Limine (ECF Doc. No. 106), filed October 15, 2012, is **DENIED IN PART, DENIED AS MOOT IN PART, and DEFERRED IN PART as outlined on the record.** |
| 10:36 a.m. | Discussion regarding trial schedule and modifying the caption of the case. |
| **ORDERED:** | Kevin Milyard and Beverly Dowis, R.N. shall be removed from the caption of the case as they were previously dismissed. |
| **10:42 a.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME: 1:34**