IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

Civil Action No.:   10-cv-02391-WYD-MJW

TRAVIS SANSOM,

    Plaintiff,

v.

DEBRA HEDSTROM, R.N., et al.,

    Defendants.

---

ORDER REGARDING CUSTODY
OF EXHIBITS AND DEPOSITIONS

---

It is ORDERED that upon the conclusion of the trial, counsel for the parties shall

retain custody of their respective exhibits and depositions until such time as all need for the

exhibits and depositions has terminated and the time to appeal has expired, or all appellate

proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado, this 17th day of December, 2012.

BY THE COURT:


s\ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE